# San Diego – Imperial HIDTA

**Southwest Border High Intensity Drug Trafficking Area**

**Paul Beeson**
Chief Patrol Agent
US Border Patrol, San Diego Sector

**David Bejarano**
Chief
Chula Vista

**Derek Benner**
Special Agent in Charge
U.S. Immigration & Customs Enforcement

**Miguel Colón Jr.**
Chief
Imperial Police Department

**The Honorable Laura Duffy**
United States Attorney
Southern District of California

**The Honorable Bonnie M. Dumanis**
District Attorney
San Diego County

**William D. Gore**
Sheriff
San Diego County

**Daphne Hearn**
Special Agent in Charge
Federal Bureau of Investigation

**Val Jimenez**
Special Agent in Charge
California Department of Justice

**William M. Lansdowne**
Chief
San Diego Police Department

**Ray Loera**
Sheriff, Coroner, Marshal
Imperial County

**Sean M. Mahoney**
Captain
U. S. Coast Guard

**Dawn Mertz**
Special Agent in Charge
Internal Revenue Service

**The Honorable Gilbert G. Otero**
District Attorney
Imperial County

**William R. Sherman**
Special Agent in Charge
Drug Enforcement Administration

**Steven C. Stafford**
U. S. Marshal
United States Marshals Service

July 8, 2013

Tommy C. LaNier
Director, National Marijuana Initiative
San Diego / Imperial County HIDTA

Re: Clarification of SD/I HIDTA Policies and Procedures for NMI

Dear Mr. LaNier,

As previously discussed, I would like to provide you with a written set of guidelines and requirements in order to facilitate the efficient and effective operations of the National Marijuana Initiative, while maintaining the fiscal and programmatic accountability demanded by the HIDTA Executive Board as well as ONDCP. The NMI is an important part of this HIDTA's strategy, as well as the HIDTA Program. The implementation of the procedures contained below are intended to ensure the continued ability of the NMI to carry out the highly effective coordination and information-sharing activities which you have already demonstrated, by ensuring their documentation and maintaining proper fiscal procedures.

Perhaps the greatest clarification is simply that the NMI is an initiative of the San Diego / Imperial HIDTA. The NMI is national in scope, but is an initiative of this HIDTA, responsible to and subject to the oversight of this Executive Board for any and all fiscal and programmatic issues, including budget authority. On behalf of the Executive Board, the HIDTA Director (and in his absence, the Deputy Director) is responsible for day-to-day oversight and accountability. This clarification is only necessary because of certain arrangements and misunderstandings that developed in previous years, but has been coordinated and approved by both the HIDTA Executive Board and ONDCP.

The following Policies and Procedures apply to the NMI, as they do to the other SD/I HIDTA initiatives with similar organizations and missions. In each case, HIDTA Policies and Procedures, and grant law, are the underlying requirements that must be met.

1. Fiscal Management:
   a. Purchasing: Only the Fiduciary may actually order or pay for items or services to be purchased, and those items must be either budgeted, or a reprogramming made in order to complete a purchase. You may review and select items from suppliers, but may not finalize or commit the fiduciary to purchase the item or service. This is easily accomplished by coordinating with CADFY and the HIDTA Financial Manager or his staff. In each instance, final approval of all

**Exhibit B-1**

EXHIBIT 19
LaNier
1/7/15
Julie McKay, CSR 9059

purchases with HIDTA funds rests with the HIDTA Director or the Deputy in the Director's absence.

b. Contracting: Similar to Purchasing, you may not sign or amend contracts. Only the designated representative of the Fiduciary may execute contracts or amendments to them. You may discuss the nature of a contract with a provider, and work with the Fiduciary in making arrangements for conferences, or other services, but only the Fiduciary can actually sign or amend a contract. In all instances, coordination and communication with the Fiduciary and with the HIDTA financial staff will ensure the best outcome. As in Purchasing, final approval of the HIDTA Director is required.

2. Travel: All NMI travel, including invitational travel, requires HIDTA Director approval in advance (as does travel by HIDTA staff, Prevention, and NMPI.) This is standard operating procedure in most programs. We are soon to issue some travel policy revisions to address some accounting issues, but applying standard P&P will ensure good accountability. Travel requests should be drafted and approved before making flight reservations, especially, so that CADFY can account for billing from Omega and SWABiz. Also, proper justification for travel is essential – in the NMI case, many of your meetings should be explained so that a third party can understand the reason for the travel. For example, "meeting in Sacramento" may not be sufficient to withstand the scrutiny of an audit. "Meeting with the Central Valley HIDTA and the U.S. Attorney to plan eradication operations" is clear and much more justifiable.

3. Personnel:

a. Time and Attendance: The NMI Director is responsible for accurate accounting of time and attendance for NMI personnel. This, of course, means full compliance with all requirements of CADFY and Chula Vista policies and procedures for T&A, leave and sick leave, holidays and the rest.

i. The NMI Secretary is currently a CADFY position, and the applicable policies are published in the CADFY Employee Handbook. Timesheets must be accurate, and signed off by the NMI Director. All days and hours off must be approved in advance (with exceptions for sick and emergency days off.)

ii. The NMI Director is a Chula Vista middle management position, and like all managers is given more flexibility in scheduling, and no T&A reporting is required. However, a note on leave requests and holidays is provided: since you have elected a 4-10 schedule, it is appropriate for you to include 2 hours of leave (management or vacation) for holidays taken. Your leave requests, like all the Chula Vista managers at the HIDTA, must be signed off by the HIDTA Director, and submitted via our single point of contact (currently the Deputy Director, but will transition to the HIDTA Secretary once hired in the near future.)

4. Programmatic Accountability: As discussed, programmatic accountability – especially the HIDTA PMP – is essential. This is a make-or-break issue. PMP reporting for a national-scope coordination initiative such as the NMI is somewhat difficult in that simple outputs do not describe the activities or impact of your initiative. In addition to reporting meetings and attendees, you need to describe the impact or importance of each activity. Quarterly reports are a requirement of the HIDTA Program, and must be done. The Deputy Director and I will work closely with you on PMP, providing guidance and advice, but the NMI is ultimately responsible for drafting and inputting the data and amplifying information to justify the program. In other words, we will help, but we won't write it – that is up to the NMI.

None of the above are particular to the NMI. The same measures apply to the other three initiatives that are collocated at the HIDTA office, and they should not be taken as punitive or special restrictions.

The HIDTA and CADFY are developing new guidance on work schedules for support staff, and I will address that with you separately.

I encourage you to always rely on communication and coordination. When in doubt, check with the Director, Deputy Director or Financial Manager – we are in the business of accomplishing the mission while complying with Program Policy and the law.

Sincerely,

Kean McAdam
Director