M. Richardson Lynn, Jr. (CA Bar #051034)
WAGNER, LYNN & LUJAN
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
Telephone: (858) 674-6949
Facsimile: (858) 674-6959

Attorneys for Plaintiff
Tommy LaNier

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOMMY LaNIER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; CITY OF CHULA VISTA, a Municipality, KEAN McADAM, an individual; CALIFORNIANS FOR DRUG FREE YOUTH, INC., a California corporation aka CADFY,<br><br>Defendants. | **Case No. 15-CV-0360 BAS (BLM)**<br><br>**DECLARATION OF M. RICHARDSON LYNN, JR. IN OPPOSITION TO MOTION OF DEFENDANT USA/HIDTA TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**DATE: June 29, 2015**<br>**COURTROOM: 4B**<br>**JUDGE: Hon. Cynthia Bashant**<br><br>**(NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT)** |

I, M. Richardson Lynn, Jr., declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California. The following facts are of my own personal knowledge and if called upon to testify I could competently testify thereto.

2. I am the attorney at law who is representing Tommy LaNier ("LaNier") and Valerie E. Taylor ("Taylor") in their respective claims against the United States of America originally sued as the "HIDTA Program." The LaNier case and the Taylor case are Related Cases pending in the Southern District of California as Case No. 15-

CV-0360-BAS-BLM (the Lanier case), and Case No. 15-CV-0586-BAS-BLM (the Taylor case).

3. The HIDTA program was originally established by the Anti-Drug Act of 1988. (USA/HIDTA Memo. of Points & Authorities, p. 4, lines 14-18). The HIDTA program is administered by the Office of National Drug Control Policy ("ONDCP"), which in turn is an entity within the Executive Office of the President of the United States, *i.e.* the White House. See, Citizens for Responsibility & Ethics in Washington v. Office of Admin., 559 F. Supp. 2d 9, 16 (D.D.C. 2008); (The United States of America's Notice of Removal of a Civil Action filed in Case No. 15-CV-0360-BAS-BLM (the Lanier case) as Docket No. 1, and in Case No. 15-CV-0586-BAS-BLM (the Taylor case) as Docket No. 1; and USA/HIDTA Memo. of Points & Authorities, p. 4, lines 14-23; and p. 5, lines 1-2).

4. On April 15, 2015 I submitted an Administrative Claim on behalf of Taylor, and on April 13, 2015 I submitted an Administrative Claim on behalf of LaNier to the Administrative Office of the United States Court. Copies of those claims are attached as exhibits to the First Amended Complaints filed in the LaNier and Taylor cases. 5.

These claims received a response from Mimi Crescenzi of the Administrative Office of the United States Courts in which she advised Plaintiff's counsel that she was forwarding the claims to ONDCP since that was the proper office for Plaintiff's claims. A copy of Ms. Crescenzi May 8, 2015 letter is attached hereto as Exhibit "A." I understood that the Administrative Office of the United States Courts forwarding the claims was the proper protocol since, in the event a wrong agency is presented with a claim, the regulations require that the receiving federal agency must transfer the claim forthwith to the appropriate federal agency and notify the claimant of the transfer–that is exactly what happened here. 28 C.F.R. §14.2(b)(1).

6. After the claims were forwarded to ONDCP, I received a written letter from Michael Passante, Deputy General Counsel of the ONDCP, which stated that "ONDCP has no liability for any of the parties, and these claims fall outside the scope

of the Federal Tort Claims Act . . ." A copy of the June 16, 2015 letter from Mr. Passante of the ONDCP denying the claims of Taylor and LaNier is attached hereto as Exhibit "A." The LaNier and Taylor lawsuits are timely following a denial and the Court has jurisdiction.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Diego, California on July 6, 2015.

M. Richardson Lynn, Jr.

JAMES C. DUFF
Director

JILL C. SAYENGA
Deputy Director

# ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

WASHINGTON, D.C. 20544

SHERYL L. WALTER
General Counsel

May 8, 2015

M. Richardson Lynn, Jr., Esq.
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127

Re: Administrative Tort Claims of Valerie E. Taylor and Tommy LaNier

Dear Mr. Lynn:

This letter follows up our telephone conversation of May 7, 2015, regarding the administrative tort claims you submitted to the Administrative Office of the United States Courts (AOUSC) on behalf of your clients Valerie E. Taylor and Tommy LaNier. This office received the claims on April 13 and April 15, 2015.

As I explained in our conversation, because your submissions concern possible torts involving employees of the Office of National Drug Control Policy (ONDCP), I am forwarding the claims to that agency. The AOUSC handles only those tort claims that arise from actions of officers and employees in the Federal Judiciary; therefore, this claim is beyond the realm of our authority. Pursuant to 28 C.F.R. § 14.2(b)(1), a claim must be presented to the federal agency whose activities gave rise to the claim. In this case, the appropriate agency for evaluating the merits of these claims appears to be the ONDCP. Please direct all further communication regarding the claims to the address below.

Sincerely,

Mimi Crescenzi
Mimi Crescenzi
Paralegal Specialist

cc: Jeffrey J. Tietz, General Counsel
Office of Legal Counsel
Office of National Drug Control Policy
750 17th Street, N.W., Suite 518
Washington, D.C. 20503

Kyle Hoffman, Assistant U.S. Attorney
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101

**EXECUTIVE OFFICE OF THE PRESIDENT**
**OFFICE OF NATIONAL DRUG CONTROL POLICY**
**Washington, D.C. 20503**

June 16, 2015

Certified Mail – Return Receipt Requested
No. 7006 2150 0003 4345 9559

Mr. Richardson Lynn, Jr., Esq.
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127

Re: Tort Claims of Valerie E. Taylor and Tommy Lanier

Dear Mr. Lynn:

This letter corrects a letter dated May 8, 2015 addressed to you by Ms. Mimi Crescenzi, a paralegal in the Administrative Office of the United States Courts (AOUSC) in connection with the claims you submitted on behalf of your clients Valerie E. Taylor and Tommy Lanier on April 13 and April 15, 2015. In that letter, Ms. Crescenzi explained that tort claims involving federal employees must be forwarded to and received by the agency in question, which is correct. However, the letter went on to incorrectly identify the White House Office of National Drug Control Policy (ONDCP) as an agency that "appears to be" an appropriate agency to receive your clients' claims.

ONDCP has reviewed the materials attached to that letter and in the complaints, and none of the named parties are or were employees of ONDCP at any time regarding the events in question. Therefore, ONDCP has no liability for any of the parties, and these claims fall outside the scope of the Federal Tort Claims Act (FTCA) with respect to ONDCP. 28 C.F.R. § 14. Furthermore, since no ONDCP employees are involved in this matter, the mere forwarding of your letter to us by another agency does not constitute receipt of these claims by ONDCP, nor does it begin the 6-month response period afforded for administrative remedies pursuant to 28 C.F.R. § 14.2(c). To the best of our knowledge, none of the named parties in this suit are employees of the federal government.

Directing these claims to ONDCP also reflects a misunderstanding of ONDCP's limited role in the High Intensity Drug Trafficking Area ("HIDTA") program. ONDCP is largely a drug policy office that has no authority to and does not conduct or supervise any law enforcement operations or personnel. ONDCP provides HIDTA grants to law enforcement agencies in high drug trafficking areas. ONDCP does not control, nor does it have authority to control, the day-to-day operations of each recipient of HIDTA funds, including the kinds of employment issues raised in the complaints.

Sincerely,

Michael Passante
Deputy General Counsel

**Exhibit B-1**

Cc: Office of the General Counsel
Administrative Office of the United States Courts
One Columbus Circle NE
Washington, DC 20544

Kyle Hoffman, Assistant U.S. Attorney
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101